

## COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Thursday, April 09, 2015

Lawrence B. Mitchell
P.O. Box 797632
Dallas, TX 75379
* DELIVERED VIA E-MAIL *

**Re:** DONALDSON, PATRICIA
**CCA No.** PD-0572-14, PD-0573-14                          **COA No**. 05-13-00598-CR
**Trial Court Case No.** F-1000433-S, F10-0435-S          **COA No**. 05-13-00599-CR

The Court has received notice you have been appointed as counsel in the above referenced causes. The appellant's brief is due May 11, 2015. Briefs must be efiled.

Sincerely,

Abel Acosta, Clerk

cc:   PATRICIA DONALDSON
District Attorney Dallas County (DELIVERED VIA E-MAIL)